# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN POPA** and **ALYSSA A. POPA**, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 2:22cv1061 **Electronic Filing** |
| **DANIEL DAVIS** and **LEAH DAVIS,** | ) ) ) | |
| Defendants. | ) | |

### CASE MANAGEMENT CONFERENCE
### Before Judge David Stewart Cercone

| | |
|---|---|
| Appear for Plaintiff: | Justin A. Markota, Esquire |
| Appear for Defendant: | Michael T. Della Vecchia, Esquire |
| Hearing date: | November 9, 2022 |
| Hearing begun: | 11:00 AM |
| Hearing concluded: | 11:25 AM |
| Stenographer: | None |
| Clerk(s): | Mark W. Mohney, Kathleen Klapkowski |

REMARKS:  The Clerks met with counsel to explore appropriate measures for pretrial development and to determine whether the parties have completed all prerequisites for completion of the ADR process. The parties have selected mediation to be conducted before the Honorable Damon J. Faldowski (ret.). Costs to be split 50/50. The ADR session must be completed on or before February 3, 2023. Attorney Markota designated liaison counsel for ADR purposes.  The parties will request a post-discovery conference with the court if it appears at that time that such a conference will assist the parties in expeditiously resolving the case or completing final preparations for trial. A jury-trial CMO with fact discovery through April 15, 2023, followed by expert discovery through September 1, 2023, a Rule 502(d) order and an ADR referral order will follow.