IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN POPA** and **ALYSSA A. POPA**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:22cv1061 |
| | ) | **Electronic Filing** |
| **DANIEL DAVIS** and **LEAH DAVIS,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REFERRING CASE TO
ALTERNATIVE DISPUTE RESOLUTION**

After due consideration of the issues and in consultation with the parties, the Court finds that this case is appropriate for referral to an alternative form of dispute resolution as provided by the local rules of this Court.

**IT IS HEREBY ORDERED:**

(a) <u>Referral to ADR</u>:   This case is referred to Mediation.  **Damon J. Faldowski, Esquire** is appointed to serve as the mediator.  Compensation of the mediator will be as follows: The Plaintiff shall pay 50 percent (50 %) of the compensation and costs of the mediator and the Defendant's shall pay fifty percent (50 %) of the compensation and costs of the mediator. Compensation shall be paid directly to the mediator upon conclusion of the ADR process. Failure to pay the mediator shall be brought to the attention of the Court.

(b) <u>Conduct of ADR Conference</u>:   The mediation shall be conducted in accordance with Local Rule 16.2 and the Court's ADR Policies and Procedures.

(c) <u>Scheduling ADR Conference</u>:   The mediation shall be concluded before **February 3, 2023**, unless extended by order of the court.  The mediation may be conducted at any location agreed to by the parties, counsel, and the assigned mediator.  **The report of the mediator shall be electronically filed with the court within seven (7) days of the date of the mediation.**

(d)  <u>Designation of Lead</u> Counsel.   Justin Anthony Markota**, Esquire**, counsel for plaintiff, is designated as lead counsel and shall be responsible for working with the parties and the mediator to coordinate an agreeable date, time and location for the mediation.

(e)  <u>Responsibilities of Lead Counsel</u>.  It is the responsibility of lead counsel to insure that notice of the date, time and location of the mediation has been electronically filed with the Court on or before **December 21 , 2022.**   THE COURT SHALL PROMPTLY NOTIFIED OF ANY RESCHEDULED DATE FOR THE SCHEDULED CONFERENCE.

**If the parties are utilizing a private process, the case is still governed by the Court's Local Rules and ADR Policies and Procedures.  When private processes are used, it is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

The parties are hereby notified that any individual neutral (Court approved or private) is required to become registered user of the Electronic Case Filing System (ECF) in the United States District Court for the Western District of Pennsylvania.  Counsel shall so notify their agreed upon neutral and refer them to the Court's website at [www.pawd.uscourts.gov](www.pawd.uscourts.gov) for user registration forms.  Counsel shall confirm to the Court that the selected neutral has completed the process.

Nothing in this order alters the Case Management Order previously entered in this case.  All deadlines set forth in that Case Management Order remain in full force and effect.

**SO ORDERED** this **7th day of  December 2022**.

        <u>s/ DAVID STEWART CERCONE</u>
        David Stewart Cercone
        Senior United States District Judge

cc: Justin A. Markota, Esquire
Michael T. Della Vecchia, Esquire
Damon J. Faldowski, Esquire

(*Via CM/ECF Electronic Mail*)